**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7480

MARCUS LEEOTIS WATTS,

Plaintiff - Appellant,

v.

WILLIAM R. BYARS, Agency Director; STEVEN J. RECK, Food
Services Administrator; WILLIE F. SMITH, Institutional Food
Service Coordinator; MARCIA FULLER, Dietitian Head
Nutritionist; WAYNE C. MCCABE, Warden Lieber Corr. Inst.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Joseph F. Anderson, Jr.,
District Judge. (6:12-cv-01867-JFA)

Submitted: January 21, 2014                Decided: January 24, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Leeotis Watts, Appellant Pro Se. Eugene P. Corrigan,
III, Penn Wickenberg Ely, CORRIGAN & CHANDLER, LLC, Charleston,
South Carolina; Harry V. Ragsdale, ADVANCED AMERICA CASH CASH
ADVANCE CENTERS INC., Spartanburg, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Leeotis Watts appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants in his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Watts v. Byars, No. 6:12-cv-01867-JFA (D.S.C. Sept. 3, 2013). We deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED